PAVAN L. ROSATI, ESQ. (SBN 146171)
DAN D. KIM, ESQ. (SBN 212577)
GOODMAN NEUMAN HAMILTON LLP
100 Oceangate, Suite 1200
Long Beach, California  90802
Telephone:   (213) 416-6299
Facsimile:    (415) 705-0411
*dkim@jgn.com*

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
(Erroneously sued herein as "HOME DEPOT, INC.")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL COMMUNITY DEVELOPMENT CENTER,<br><br>              Plaintiff,<br><br>vs.<br><br>HOME DEPOT, INC., and DOES 1 THROUGH 50, inclusive,<br><br>              Defendants. | Case No. 1:12-CV-00218-AWI-DLB<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER DATES** |

Pursuant to the stipulation of the parties herein, the Court hereby modifies its Scheduling Order as follows:

The Settlement Conference Date November 21, 2012;

Non Expert Discovery Deadline  February 15, 2013.

IT IS SO ORDERED.

Dated:   **August 20, 2012**           /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Goodman Neuman
Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER DATES