JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAVAN L. ROSATI, ESQUIRE – State Bar #146171
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Phone: (415) 705-0403
Facsimile: (415) 705-0411
jgoodman@gnhllp.com
prosati@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**FILED**

JUN 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL COMMUNITY DEVELOPMENT CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 1:12-CV-00218-AWI-SAB<br><br>**ORDER DISMISSING CASE** |

## ORDER

Pursuant to the stipulation between the parties, it is hereby ordered that this case is DISMISSED, and all future dates are vacated.

DATED: 6-11-13          By: _____
                              ANTHONY W. ISHII
                              UNITED STATES DISTRICT JUDGE

-1-